AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

| | |
|---|---|
| GEORGE E. SKOKEN | ) |
| *Plaintiff* | ) |
| v. | )     Civil Action No.   12-CV-0141-TOR |
| CAROLYN W. COLVIN | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   Defendant's Motion for Summary Judgment is GRANTED; Plaintiff's Motion for Summary
Judgment is DENIED. Judgment is entered for Defendant.
         .

This action was *(check one)*:

❒ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❒ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge   Thomas O. Rice _____ on a motion for
    Summary Judgment.
         .

Date: __06/06/2013_____

CLERK OF COURT

s/ Linda L. Hansen
_____
Deputy Clerk
_____
Signature of Clerk or Deputy Clerk